UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH ROY HOWELL,

Petitioner,

-vs-                                                          Case No. 6:09-cv-825-Orl-28KRS

STATE OF FLORIDA, SECRETARY,
DEPARTMENT OF CORRECTIONS,
FLORIDA ATTORNEY GENERAL,

Respondents.
_____

## ORDER

This case is before the Court on the following motion:

| MOTION: PETITIONER'S MOTION TO COMPEL (Doc. No. 15) |
|---|
| FILED: April 7, 2010 |
| THEREON it is ORDERED that the motion is DENIED. |

Petitioner has not been authorized to conduct discovery in this case. *See* Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts.

DONE AND ORDERED in Chambers in Orlando, Florida, this  8  day of April, 2010.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
sa 4/8
Counsel of Record
Kenneth Roy Howell