UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH ROY HOWELL,

    Petitioner,

-vs-                                         Case No. 6:09-cv-825-Orl-28KRS

STATE OF FLORIDA, et al.,

    Respondents.

_____/

## ORDER

Within sixty (60) days from the date of this Order, Respondents shall file with a Supplemental Response to Petition addressing the merits of Petitioner's claims. Respondent may raise procedural defenses if applicable.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _21_ day of September, 2010.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
sa 9/21
Counsel of Record
Kenneth Roy Howell